

# In the Court of Criminal Appeals of Texas

---

No. AP-77,119

---

EX PARTE WILLIAM KEITH SPEER,

*Applicant*

---

On Direct Appeal from Denial of Application for Writ
of Habeas Corpus Filed Under Article I, Section 12 of the Texas
Constitution and Article 11.05 of the Texas Code of Criminal
Procedure in Cause No. 99F0506-005 in the 5th Judicial District
Court of Bowie County

---

YEARY, J., filed a concurring opinion.

I agree with the Court's opinion in this matter—with one caveat. I understand the Court to be saying only that *if* the remedy Appellant seeks in this case is to be through an application for writ of habeas corpus (as opposed to some other extraordinary remedy), *then* he must

seek his habeas corpus relief, not in a district court, but "in this Court by invoking this Court's original habeas jurisdiction." Majority Opinion at 12. I do not understand the Court's stated limitation on the availability of *habeas corpus* relief under the circumstances necessarily to preclude Appellant from seeking some *other* form of extraordinary relief, such as by seeking an application for a writ of prohibition. Whether such other non-habeas-corpus extraordinary writ process may also be available to Appellant under the circumstances of this case is not before us today. With that understanding, I join the Court's opinion.

**FILED:**                                         September 24, 2025
**PUBLISH**